JAMES E. MURPHY, ESQ.
Nevada Bar No. 8586
**LAXALT & NOMURA, LTD.**
6720 Via Austi Parkway
Suite 430
Las Vegas, Nevada 89119
Telephone: (702) 388-1551
Facsimile: (702) 388-1559
Email: jmurphy@laxalt-nomura.com

JAMES F. JACOBSON  (*pro hac vice* pending)
**JACOBSON & JACOBSON, PLLC**
660 E. Franklin Road
Meridian, ID 83642
Telephone: (208) 884-1995
Facsimile:  (208) 477-5210
Email: james@jjlawidaho.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EXURO MEDICAL, LLC., a Utah limited liability company;<br><br>Plaintiff,<br><br>v.<br><br>ZEUS MEDICAL HOLDINGS, an individual; ROBERT DANIELS, an individual; and JOHN DOES, I-X.<br><br>Defendants. | Case No.: 2:12-cv-01751-JCM-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

COMES NOW Plaintiff, EXURO MEDICAL, LLC, by and through its attorneys of record, James E. Murphy of Laxalt & Nomura, LTD, and James F. Jacobson *pro hac vice* of Jacobson & Jacobson, PLLC, and Defendants, ZEUS MEDICAL HOLDINGS, LLC AND ROBERT DANIELS, INDIVIDUALLY, by and through their attorney of record, John W.

1  Thomson, and for good cause hereby stipulate and agree that the remaining claims against
2  Defendants, Zeus Medical Holdings, LLC and Robert Daniels, individually, in the above-
3  referenced matter shall be dismissed with prejudice, and that an Order shall be entered
4  dismissing Plaintiff's Complaint with prejudice against Defendants, Zeus Medical Holdings,
5  LLC and Robert Daniels, individually. The parties hereto shall bear their own costs and
6  attorney's fees.
7  DATED this 6 day of February, 2013.  LAXALT & NOMURA, LTD
8
9
10                                          By _____
11                                             James E. Murphy
                                               Nevada Bar No. 8586
12                                                *Attorney for Plaintiff*

13  DATED this ___ day of February, 2013.  JACOBSON & JACOBSON, PLLC
14
15                                          By _____
16                                             James F. Jacobson (*pro hac vice*)
                                               *Attorney for Plaintiff*
17
18  DATED this 6th day of February, 2013.  LAW OFFICES OF
                                            JOHN W. THOMSON
19
20                                          By _____
21                                             John W. Thomson
                                               Nevada Nar No. 5802
22                                             *Attorney for Defendants,*
                                               *Zeus Medical Holdings, LLC*
23                                             *and Robert Daniels*

24                            **ORDER**

25  The Stipulation for Dismissal with Prejudice having duly and regularly come
26  before this Court, and good and sufficient cause appearing therefor;
27  . . .
28  . . .

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-entitled cause shall be hereby dismissed with prejudice, each party to bear their own costs and attorney's fees.

DATED this 7th day of February, 2013.

*/s/ James C. Mahan*
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE